| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>White, Ronald A. | 2. Court or Organization<br><br>USDC-EDOK | 3. Date of Report<br><br>10/05/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>101 N. Fifth Street<br>P.O. Box 1009<br>Muskogee, OK 74402 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Oklahoma Bar Association |
| 2. | Member | Federal Judges' Association |
| 3. | Executive Board Member | Indian Nations Council, Boy Scouts of America |
| 4. | Member | Judicial Council of the Tenth Circuit Court of Appeals |
| 5. | Member | Spinning Leaf, LLC |
| 6. | Co-Trustee | Trust (CEW) |
| 7. | Co-Trustee | Trust (RGW) (resigned effective May 28, 2014) |
| 8. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 10/05/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 10/05/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 10/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of Oklahoma - Accounts | A | Interest | J | T | | | | | |
| 2. 120 Ac. Real Estate, Okmulgee County, OK, 7/24/94 $54,000.00 | | None | L | R | | | | | |
| 3. Northwestern Mutual Whole Life Policy - Cash Value | B | Dividend | K | T | | | | | |
| 4. METLIFE GROUP VARIABLE UNIVERSAL LIFE POLICY (H) | | | | | | | | | |
| 5. -Fidelity Index 500 - Pooled Equity Fund | A | Dividend | J | T | | | | | |
| 6. -MFS Emerging Growth - Pooled Equity Fund | A | Dividend | J | T | | | | | |
| 7. -Scudder International - Pooled Equity Fund | A | Dividend | J | T | | | | | |
| 8. -T. Rowe Price Balanced - Pooled Equity Fund | A | Dividend | J | T | | | | | |
| 9. MERRILL LYNCH IRA #1 | D | Dividend | M | T | | | | | |
| 10. -Columbia Acorn Fund | | | | | | | | | |
| 11. -Energy Transfer Partners(publicly traded partnership units) | | | | | | | | | |
| 12. -Bank of America, NA RASP | | | | | | | | | |
| 13. MERRILL LYNCH IRA #2 | D | Dividend | O | T | | | | | |
| 14. -Alcatel Lucent Technologies Inc. common stock | | | | | | | | | |
| 15. -Alliance Resources publicly traded partnership units | | | | | | | | | |
| 16. -Citigroup common stock | | | | | | | | | |
| 17. -GE common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 10/05/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -H&R Block common stock | | | | | | | | | |
| 19. -Hewlett Packard Company common stock | | | | | | | | | |
| 20. -Johnson & Johnson common stock | | | | | | | | | |
| 21. -LSI Corp. common stock (y) | | | | | Sold | 5/06/14 | J | A | |
| 22. -Lancaster Colony Corp. common stock | | | | | | | | | |
| 23. -Lehman Bros Hldgs Inc. common stock | | | | | | | | | |
| 24. -Magellan Midstream publicly traded partnership units | | | | | | | | | |
| 25. -Merrill Lynch Bank USA RASP | | | | | | | | | |
| 26. -Occidental Petroleum Corp. common stock | | | | | | | | | |
| 27. -OG&E common stock | | | | | | | | | |
| 28. -ONEOK common stock | | | | | | | | | |
| 29. -Pfizer common stock | | | | | | | | | |
| 30. -S&P depository receipts | | | | | | | | | |
| 31. -Williams Cos. common stock | | | | | | | | | |
| 32. -WPX Energy Inc. | | | | | | | | | |
| 33. -California Resources (x) | | | | | | | | | |
| 34. -OneGas (x) | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 10/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. STIFEL NICOLAUS (H) | | | | | | | | | |
| 36. -Bank of Oklahoma common stock | B | Dividend | K | T | | | | | |
| 37. -Bearing Point common stock | | None | J | T | | | | | |
| 38. -GE common stock | A | Dividend | J | T | | | | | |
| 39. -Oneok Inc. New | A | Dividend | J | T | | | | | |
| 40. -Stifel Nicolaus Money Market | A | Interest | O | T | | | | | |
| 41. -Steinmart common stock (y) | | None | | | Sold | 08/01/14 | J | | |
| 42. -RTI International Metals (y) | | None | | | Sold | 08/01/14 | J | B | |
| 43. -UPS common stock (y) | A | Dividend | | | Sold | 08/01/14 | K | C | |
| 44. -Allstate Corp. Del. (y) | A | Int./Div. | | | Sold | 08/01/14 | K | C | |
| 45. -American Electric Power Co. (y) | A | Int./Div. | | | Sold | 8/01/14 | J | A | |
| 46. -American Express Centurion (Bank Deposit) | A | Interest | M | T | | | | | |
| 47. -Apache Corp. (y) | A | Int./Div. | | | Sold | 08/01/14 | K | D | |
| 48. -Bristol-Myers Squibb Co. (y) | A | Int./Div. | | | Sold | 08/01/14 | J | B | |
| 49. -Cisco Systems Inc. (y) | A | Int./Div. | | | Sold | 08/01/14 | K | C | |
| 50. -Coca Cola Company (y) | A | Int./Div. | | | Sold | 08/01/14 | K | B | |
| 51. -Colgate Palmolive (y) | A | Int./Div. | | | Sold | 08/01/14 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 10/05/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Compass Minerals Intl. (y) | A | Int./Div. | | | Sold | 08/01/14 | J | B | |
| 53. -Conoco Phillips (y) | A | Int./Div. | | | Sold | 08/01/14 | K | D | |
| 54. -Dow Chemical (y) | A | Int./Div. | | | Sold | 08/01/14 | J | B | |
| 55. -DTE Energy Company (y) | A | Int./Div. | | | Sold | 08/01/14 | J | B | |
| 56. -Exelon Corp. (y) | A | Int./Div. | | | Sold | 08/01/14 | J | A | |
| 57. -H&R Block Inc. (y) | A | Int./Div. | | | Sold | 08/01/14 | J | B | |
| 58. -Harbor International Mutual Fund | A | Int./Div. | K | T | | | | | |
| 59. -Helmerich Payne Inc. (y) | A | Int./Div. | | | Sold | 08/01/14 | K | D | |
| 60. -Hewlett Packard Company (y) | A | Int./Div. | | | Sold | 08/01/14 | J | C | |
| 61. -Intel Corp. (y) | A | Int./Div. | | | Sold | 08/01/14 | J | C | |
| 62. -Johnson & Johnson | A | Int./Div. | K | T | | | | | |
| 63. -JP Morgan Chase & Company (y) | A | Int./Div. | | | Sold | 08/01/14 | K | C | |
| 64. -Microsoft Corp. (y) | A | Int./Div. | | | Sold | 08/01/14 | J | B | |
| 65. -Nokia Corp. (y) | | None | | | Sold | 08/01/14 | J | A | |
| 66. -OGE Energy Corp. | B | Int./Div. | L | T | | | | | |
| 67. -Occidental Petroleum Corp. (y) | A | Int./Div. | | | Sold | 08/01/14 | K | C | |
| 68. -Oklahoma Dev. Fin. Auth. | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 10/05/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Oneok Partners LP | C | Dividend | L | T | Buy (add'l) | 12/05/14 | K | | |
| 70. -Oracle Corp. (y) | A | Int./Div. | | | Sold | 8/01/14 | K | C | |
| 71. -Pepsico Inc. (y) | A | Int./Div. | | | Sold | 8/01/14 | K | C | |
| 72. -Pfizer Inc. | A | Int./Div. | J | T | | | | | |
| 73. -Phillips 66 | A | Int./Div. | J | T | | | | | |
| 74. -SPDR S&P 500 ETF Trust Mutual Fund | A | Int./Div. | J | T | | | | | |
| 75. -Schwab Charles Corp. (y) | A | Int./Div. | | | Sold | 8/01/14 | J | B | |
| 76. -Stifel Bank & Trust (Bank deposit) | A | Int./Div. | M | T | | | | | |
| 77. -Suburban Propane (y) | A | Int./Div. | | | Sold | 8/01/14 | J | A | |
| 78. -SunTrust Bank (y) | | None | | | Closed | 8/01/14 | M | | |
| 79. -Texas Instruments Inc. (y) | A | Int./Div. | | | Sold | 08/01/14 | J | C | |
| 80. -3M Company (y) | A | Int./Div. | | | Sold | 08/01/14 | K | D | |
| 81. -Transcanada Corp. (y) | | None | | | Sold | 08/01/14 | J | | |
| 82. -Wal-Mart Stores Inc. (y) | A | Int./Div. | | | Sold | 2/26/14 | K | B | |
| 83. -Williams Companies | C | Int./Div. | L | T | | | | | |
| 84. -Williams Partners LP | B | Int./Div. | K | T | | | | | |
| 85. -WPX Energy Inc. (y) | C | Int./Div. | | | Sold | 08/01/14 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 10/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Allianzgi Income & Growth (x) | B | Dividend | L | T | Buy | 08/13/14 | K | | |
| 87. | | | | | Buy (add'l) | 10/14/14 | K | | |
| 88. -Citibank NA (Bank deposit) (x) | A | Interest | M | T | Open | 8/01/14 | M | | |
| 89. -Federated Capital Income (x) | B | Dividend | K | T | Buy | 08/13/14 | K | | |
| 90. | | | | | Buy (add'l) | 10/14/14 | K | | |
| 91. -First Eagle Global (x) | A | Dividend | L | T | Buy | 08/13/14 | K | | |
| 92. | | | | | Buy (add'l) | 10/14/14 | K | | |
| 93. -Ivy Asset Strategy (x) (y) | B | Dividend | | | Buy | 08/13/14 | K | | |
| 94. | | | | | Buy (add'l) | 10/14/14 | K | | |
| 95. | | | | | Sold | 12/02/14 | L | B | |
| 96. -Ivy Balanced (x) | A | Dividend | L | T | Buy | 12/02/14 | L | | |
| 97. -Oklahoma St Mun Pwr Auth (x) | A | Dividend | K | T | Buy | 10/30/14 | K | | |
| 98. -Oklahoma St Cap Impt Auth St (x) | B | Dividend | L | T | Buy | 03/31/14 | L | | |
| 99. -Oklahoma St Wtr Res Brd (x) | B | Dividend | L | T | Buy | 08/13/14 | L | | |
| 100. -ONE GAS (x)(y) | A | Dividend | | | Sold | 02/11/14 | J | A | |
| 101. -The Private Bank and Trust Co. (Bank deposit)(x) | A | Interest | J | T | Open | 8/01/14 | J | | |
| 102. IRA #4 (Vanguard) (y) | A | Dividend | | | Sold | 08/25/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 10/05/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Prime Money Market Fund (y) | | | | | | | | | |
| 104. MERRILL LYNCH ROTH IRA #3 | A | Interest | K | T | | | | | |
| 105. -Bank of America, NA RASP | | | | | | | | | |
| 106. Spinning Leaf, LLC, real estate, Summit Co, CO 1/21/2013, $150,000 | | None | M | R | | | | | |
| 107. MERRILL LYNCH IRA (CEW Trust) | D | Int./Div. | O | T | | | | | |
| 108. -Bank Hawaii Corp. | | | | | | | | | |
| 109. -Boeing Company | | | | | | | | | |
| 110. -Entergy Corp. | | | | | | | | | |
| 111. -FIA Card Services NA | | | | | | | | | |
| 112. -FNMA (Corporate Bonds) | | | | | | | | | |
| 113. -FNMA (Govt/Agency Securities) | | | | | | | | | |
| 114. -GNM (Govt/Agency Securities) | | | | | | | | | |
| 115. -Leucadia Natl Corp. | | | | | | | | | |
| 116. -Magellan Midstream | | | | | | | | | |
| 117. -Oneok Inc. | | | | | | | | | |
| 118. F&M Bank (CEW Trust) (Y) | A | Interest | | | Matured | 6/19/14 | L | A | |
| 119. MERRILL LYNCH (CEW Trust) | E | Int./Div. | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 10/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -American Elec Power Co | | | | | | | | | |
| 121.  -AT&T Inc. | | | | | | | | | |
| 122.  -Centurylink Inc. | | | | | | | | | |
| 123.  -Empire Dist Elec | | | | | | | | | |
| 124.  -FIA Card Services NA | | | | | | | | | |
| 125.  -Fairpoint Communications | | | | | | | | | |
| 126.  -Ford Motor Co | | | | | | | | | |
| 127.  -Frontier Communications | | | | | | | | | |
| 128.  -General Electric | | | | | | | | | |
| 129.  -Grand River Dam Auth (Municipal Bonds) | | | | | | | | | |
| 130.  -Hanesbrands Inc | | | | | | | | | |
| 131.  -Hillshire Brands Co (y) | | | | | Sold | 9/03/14 | J | C | |
| 132.  -Intl Business Machines | | | | | | | | | |
| 133.  -JPMorgan Chase & Co | | | | | | | | | |
| 134.  -Katy Tex Indpt Sch Dist (Municipal Bonds) | | | | | | | | | |
| 135.  -Kimberly Clark | | | | | | | | | |
| 136.  -Magellan Midstream | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Microsoft Corp | | | | | | | | | |
| 138. -OGE Energy Corp | | | | | | | | | |
| 139. -Oneok Inc | | | | | | | | | |
| 140. -Oklahoma Colleges Brd (Municipal Bonds) | | | | | | | | | |
| 141. -Okla St Capitol Impt (Municipal Bonds) | | | | | | | | | |
| 142. -Oklahoma City Okla Arpt (Municipal Bonds) | | | | | | | | | |
| 143. -Oklahoma City Okla (Municipal Bonds) | | | | | | | | | |
| 144. -Oklahoma Cnty Okla (Municipal Bonds) | | | | | | | | | |
| 145. -Oklahoma MPA Pwr Spply (Municipal Bonds) | | | | | | | | | |
| 146. -Oklahoma Agric-Mech Clg (Municipal Bonds) | | | | | | | | | |
| 147. -Sprint Corp | | | | | | | | | |
| 148. -Teco Energy Inc | | | | | | | | | |
| 149. -Tulsa Okla Mun Arpt (Municipal Bonds) (y) | | | | | Redeemed | 7/21/14 | K | B | |
| 150. -Tulsa Okla (Municipal Bonds) | | | | | | | | | |
| 151. -Verizon Communications | | | | | | | | | |
| 152. -Vodafone Grop | | | | | Sold (part) | 3/19/14 | J | B | |
| 153. -ONEGAS (x) | | | | | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 10/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. FIDELITY (CEW Trust) | D | Dividend | O | T | | | | | |
| 155. -Fidelity Municipal Money Market | | | | | | | | | |
| 156. -Exxon Mobil Corporation | | | | | | | | | |
| 157. -Paychex Inc. | | | | | | | | | |
| 158. -Procter & Gamble | | | | | | | | | |
| 159. -Powershs QQQ Trust Ser 1 | | | | | | | | | |
| 160. -SPDR S&P 500 ETF TR | | | | | | | | | |
| 161. -SCHW US LCAP ETF | | | | | | | | | |
| 162. -SCHW US SCAP ETF | | | | | | | | | |
| 163. USB (RGW Trust) (Y) | E | Int./Div. | | | Closed | 05/28/14 | O | | |
| 164. -Allstate Corp. Del. (Y) | | | | | | | | | |
| 165. -American Electric Power Co. (Y) | | | | | Sold | 04/24/14 | J | B | |
| 166. -Apache Corp. (Y) | | | | | | | | | |
| 167. -BOK Financial Corp. (Y) | | | | | | | | | |
| 168. -Bristol-Myers Squibb Co. (Y) | | | | | | | | | |
| 169. -Cisco Systems Inc. (Y) | | | | | | | | | |
| 170. -Coca Cola Company (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 10/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Colgate Palmolive (Y) | | | | | | | | | |
| 172. -Compass Minerals Intl. (Y) | | | | | Sold | 4/24/14 | J | D | |
| 173. -Conoco Phillips (Y) | | | | | | | | | |
| 174. -Dow Chemical (Y) | | | | | | | | | |
| 175. -DTE Energy Company (Y) | | | | | | | | | |
| 176. -Exelon Corp. (Y) | | | | | | | | | |
| 177. -H&R Block Inc. (Y) | | | | | Sold | 4/24/14 | J | B | |
| 178. -Harbor International Mutual Fund (Y) | | | | | | | | | |
| 179. -Helmerich Payne Inc. (Y) | | | | | | | | | |
| 180. -Hewlett Packard Company (Y) | | | | | | | | | |
| 181. -Intel Corp. (Y) | | | | | | | | | |
| 182. -Johnson & Johnson (Y) | | | | | | | | | |
| 183. -JP Morgan Chase & Company (Y) | | | | | Buy (add'l) | 04/28/14 | J | | |
| 184. -Microsoft Corp. (Y) | | | | | | | | | |
| 185. -Nokia Corp. (Y) | | | | | Sold | 04/24/14 | J | B | |
| 186. -OGE Energy Corp. (Y) | | | | | | | | | |
| 187. -Occidental Petroleum Corp. (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 10/05/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Oklahoma DFA Hlth (Y) | | | | | | | | | |
| 189. -Oneok Partners LP (Y) | | | | | | | | | |
| 190. -Oracle Corp. (Y) | | | | | | | | | |
| 191. -Pepsico Inc. (Y) | | | | | | | | | |
| 192. -Pfizer Inc. (y) | | | | | | | | | |
| 193. -Phillips 66 (y) | | | | | | | | | |
| 194. -SPDR S&P 500 ETF Trust Mutual Fund (y) | | | | | | | | | |
| 195. -Schwab Charles Corp. (y) | | | | | Sold | 04/24/14 | J | B | |
| 196. -Suburban Propane (y) | | | | | Sold | 04/24/14 | J | A | |
| 197. -SunTrust Bank (y) | | | | | | | | | |
| 198. -Texas Instruments Inc. (y) | | | | | | | | | |
| 199. -3M Company (y) | | | | | | | | | |
| 200. -Transcanada Corp. (y) | | | | | | | | | |
| 201. -United Parcel Service (y) | | | | | | | | | |
| 202. -Wal-Mart Stores Inc. (y) | | | | | | | | | |
| 203. -Williams Companies (y) | | | | | | | | | |
| 204. -Williams Partners LP (y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  -WPX Energy Inc. (y) | | | | | | | | | |
| 206.  -AT&T (X)(Y) | | | | | Buy | 04/23/14 | K | | |
| 207.  -Barclays (X)(Y) | | | | | Buy | 04/23/14 | K | | |
| 208.  -Berkshire Hathaway (x)(y) | | | | | Buy | 04/23/14 | K | | |
| 209.  -Boston Properties Inc. (x)(y) | | | | | Buy | 04/23/14 | K | | |
| 210.  -Commonwealth Edison Co. (x)(y) | | | | | Buy | 04/23/14 | K | | |
| 211.  -Goldman Sachs Bank NY (x)(y) | | | | | Buy | 04/23/14 | K | | |
| 212.  -Kinder Morgan Energy (x)(y) | | | | | Buy | 04/23/14 | K | | |
| 213.  -Marriott Intl. (x)(y) | | | | | Buy | 04/23/14 | K | | |
| 214.  -Ryder Sys. (x)(y) | | | | | Buy | 04/23/14 | J | | |
| 215.  -Teva Pharma (X)(y) | | | | | Buy | 04/23/14 | J | | |
| 216.  -Total Capital Intl. SA (x)(y) | | | | | Buy | 04/23/14 | J | | |
| 217.  -Wells Fargo (x)(y) | | | | | Buy | 04/23/14 | K | | |
| 218.  -Whirlpool Corp. (x)(y) | | | | | Buy | 04/23/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII. INVESTMENTS AND TRUSTS:

Line 12.  Name change only.

Line 33. California Resources.  Asset received from stock split  of Occidental Petroleum

Lines 34, 100 and 153.  OneGas.  Asset received from stock split  of Oneok.

Line 39. Oneok Inc New.  Name change from Oneok.

Line 105. Name change only.

Lines 107 - 162. Assets held by a trust (CEW), of which I am Co-Trustee.  My interest is income-beneficiary.

Line 154.  All assets transferred from Charles Schwab to Fidelity on July 18, 2014.

Lines 163-205.  During March 2014, all assets were transferred from Merrill Lynch to USB.

Lines  163 - 218.  Assets held by a trust (RGW), of which I was Co-Trustee.    The trust assets are held for the benefit of two relatives.  I  resigned as Co-Trustee effective May 28, 2014.

Lines 206 - 218.  Assets purchased during 2014 prior to my resignation as Co-Trustee.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Ronald A. White**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544